*Jack Gross* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), appearing under section 68 of the Executive Law.

*Saul Gordon* and *Reuben S. Levins* for respondent.

Judgment affirmed, with costs. We do not now consider or decide whether the Legislature might have the power to enact a statute appropriately regulating activities of foreign correspondence schools which affect the safety, health and well-being of the people of the State. The statute here challenged is not of that character. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

GUSSIE GUTOV, as Administratrix of the Estate of JULIUS GUTOV, Deceased, Respondent, *v.* ABRAHAM KRASNE, Appellant, et al., Defendants.

Submitted February 28, 1944; decided April 6, 1944.

*Joseph F. Murray* and *Edward L. Johnson* for appellant.

*William L. Shumate* and *Edward J. Haniver* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.